ACCO,CLOSED,CONMAG,TRANSFERRED

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Western Division – Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:20–cv–11765–SK

| | |
|---|---|
| D.C. et al v. Molombo Thillot et al | Date Filed: 12/30/2020 |
| Assigned to: Magistrate Judge Steve Kim | Date Terminated: 05/12/2021 |
| Case in other court:  Los Angeles Superior Court, 19STCV17185 | Jury Demand: Plaintiff |
| Cause: 28:1441 Notice of Removal – Personal Injury | Nature of Suit: 350 Motor Vehicle |
| | Jurisdiction: Diversity |

**Plaintiff**

| | | |
|---|---|---|
| **D. C.**<br>*by and through his*<br>*Guardian Ad Litem*<br>Winfred Robert White Carr | represented by | **James Leon Moultrie , III**<br>Haysbert Moultrie LLP<br>4640 Admiralty Way Suite 500<br>Marina Del Rey, CA 90292<br>310–496–5796<br>Fax: 310–760–4083<br>Email: james@hmlaw.la<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Nazareth M Haysbert**<br>Haysbert Moultrie LLP<br>4640 Admiralty Way Suite 500<br>Marina Del Rey, CA 90292<br>310–496–5796<br>Fax: 310–760–4083<br>Email: nazareth@hmlaw.la<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **H. C.**<br>*by and through his*<br>*Guardian Ad Litem*<br>Tyrone Lionel Stafford | represented by | **James Leon Moultrie , III**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Nazareth M Haysbert**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Tyrone Lionel Stafford**<br>*as the Special Administrator With Limited*<br>*Powers for the Estate of Marco Carr and*<br>*Estate of E.C.* | represented by | **James Leon Moultrie , III**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Nazareth M Haysbert**<br>(See above for address) |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Winfred Robert Carr**                          represented by  **James Leon Moultrie , III**
*as the Special Administrator With Limited*                      (See above for address)
*Powers for the Estate of Rebecca Nowlin and*                    *LEAD ATTORNEY*
*Estate of John Doe 1*                                            *ATTORNEY TO BE NOTICED*

                                                                 **Nazareth M Haysbert**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Estate of Marco Carr**                         represented by  **Nazareth M Haysbert**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Estate of Rebecca Nowlin**                     represented by  **Nazareth M Haysbert**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Estate of E.C.**                               represented by  **Nazareth M Haysbert**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Estate of John Doe I**                         represented by  **Nazareth M Haysbert**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Molombo Thillot**                              represented by  **Peter A Dubrawski**
*an individual*                                                  Haight Brown and Bonesteel LLP
                                                                 555 South Flower Street 45th Floor
                                                                 Los Angeles, CA 90071
                                                                 213– 542–8000
                                                                 Fax: 213–542–8100
                                                                 Email: pdubrawski@hbblaw.com
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Austin F Smith**
                                                                 Haight Brown and Bonsteel LLP
                                                                 555 South Flower Street 45th Floor

Los Angeles, CA 90071
213−542−8000
Fax: 213−542−8100
Email: asmith@hbblaw.com
*ATTORNEY TO BE NOTICED*

**Patrick Francis McIntyre**
Haight Brown and Bonesteel LLP
555 South Flower Street, 45th Floor
Los Angeles, CA 90071
213−542−8000
Fax: 213−542−8100
Email: pmcintyre@hbblaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Alex Farnsworth**                         represented by  **Christopher Frederick Johnson**
*an individual*                                             Morgenstern Law Group
                                                            2330 Marinship Way
                                                            Suite 302
                                                            Sausalito, CA 94965
                                                            415−248−5315
                                                            Fax: 415−248−5314
                                                            Email: chris.johnson@morgensternlawgroup.com
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**Martin Janns**                            represented by  **Christopher Frederick Johnson**
*an individual*                                             (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**Combined Transport Logistics Group, Inc.**  represented by  **Peter A Dubrawski**
*a Corporation*                                             (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Austin F Smith**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Patrick Francis McIntyre**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**Combined Transport, Inc.**                represented by  **Peter A Dubrawski**
*a Coporation*                                             (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Austin F Smith**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick Francis McIntyre**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Blackwell Consolidation, LLC**          represented by   **Peter A Dubrawski**
*a Limited Liability Company*                              (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Austin F Smith**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Patrick Francis McIntyre**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**New Prime, Inc.**                       represented by   **Christopher Frederick Johnson**
*a Corporation*                                           (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Robert A Morgenstern**
                                                          Morgenstern Law Group
                                                          5850 Canoga Avenue Suite 600
                                                          Woodland Hills, CA 91367
                                                          818−587−9146
                                                          Fax: 818−587−9147
                                                          Email: bob@morgensternlawgroup.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Patricia M Ford**
                                                          Morgenstern Law Group
                                                          5850 Canoga Avenue Suite 600
                                                          Woodland Hills, CA 91367
                                                          818−587−9146
                                                          Fax: 818−587−9147
                                                          Email: pford@morgensternlawgroup.com
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**A. C.**
*by and through his*
*TERMINATED: 04/13/2021*
*Guardian Ad Litem*
Tate Nowlin
*TERMINATED: 04/13/2021*

**Defendant**

**E. S.**
*by and through her*
*TERMINATED: 04/13/2021*
*Guardian Ad Litem*
Shaney Gutierrez
*TERMINATED: 04/13/2021*

**Defendant**

| **Does** | represented by | **William Crawford Appleby , IV** |
|---|---|---|
| *2 – 10* | | Baum Hedlund Aristei and Goldman PC |
| | | 10940 Wilshire Boulevard 16th Floor |
| | | Los Angeles, CA 90024 |
| | | 310–207–3233 |
| | | Fax: 310–820–7444 |
| | | Email: cappleby@baumhedlundlaw.com |
| | | *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 12/30/2020 | Ï 1 | NOTICE OF REMOVAL from Los Angeles County Superior Court, case number 19STCV17185 Receipt No: ACACDC–29785292 – Fee: $402, filed by Defendant NEW PRIME, INC., a Corporation. (Attachments: # 1 Exhibit First Amended Cross–Complaint) (Attorney Patricia M Ford added to party NEW PRIME, INC., a Corporation(pty:dft))(Ford, Patricia) (Entered: 12/30/2020) |
| 12/30/2020 | Ï 2 | CIVIL COVER SHEET filed by Defendant NEW PRIME, INC., a Corporation. (Ford, Patricia) (Entered: 12/30/2020) |
| 12/30/2020 | Ï 3 | NOTICE of Interested Parties filed by Defendant NEW PRIME, INC., a Corporation, identifying New Prime, Inc.. (Ford, Patricia) (Entered: 12/30/2020) |
| 12/30/2020 | Ï 4 | DECLARATION of P. Molly Ford re Notice of Removal (Attorney Civil Case Opening), 1 filed by Defendant NEW PRIME, INC., a Corporation. (Attachments: # 1 Exhibit Complaint, # 2 Exhibit Summons, # 3 Exhibit Civil Case Coversheet, # 4 Exhibit Notice of Assignment, # 5 Exhibit Standing Order, # 6 Exhibit Application and Order for Appointment of Guardian ad Litem–DC, # 7 Exhibit Application and Order for Appointment of Guardian ad Litem–HC, # 8 Exhibit 5/21/19 Minute Order granting Appointment of Guardian ad Litem, # 9 Exhibit 10/29/20 Minute Order re Order to Show Cause, # 10 Exhibit First Amended Complaint, # 11 Exhibit Notice of Change of Address or Other Contact Information, # 12 Exhibit Proof of service)(Ford, Patricia) (Entered: 12/30/2020) |
| 12/30/2020 | Ï 5 | NOTICE OF REMOVAL from Los Angeles County Superior Court, case number 19STCV17185 with filing fee previously paid ($402.00 paid on 12/30/2020, receipt number 29785292), filed by Defendant NEW PRIME, INC., a Corporation. (Attachments: # 1 Exhibit First amended Complaint)(Ford, Patricia) (Entered: 12/30/2020) |
| 12/30/2020 | Ï | CONFORMED COPY OF FIRST AMENDED COMPLAINT against Defendants Blackwell Consolidation, LLC, A. C., Combined Transport Logistics Group, Inc., Combined Transport, Inc., Does 2–10, Alex Farnsworth, Martin Janns, New Prime, Inc., E. S., Molombo Thillot amending Complaint filed by Plaintiffs Tyrone Lionel Stafford, H. C., D. C., Winfred Robert Carr. Filed in State Court on 11/17/2020 Submitted with Attachment 10 to Declaration of P. Molly Ford 4 (car) Modified on 1/4/2021 (car). (Entered: 01/04/2021) |

| | | |
|---|---|---|
| 12/30/2020 | Ï | CONFORMED COPY OF COMPLAINT against Defendants Blackwell Consolidation, LLC, A. C., Combined Transport Logistics Group, Inc., Combined Transport, Inc., Does 2–10, Alex Farnsworth, Martin Janns, New Prime, Inc., E. S., Molombo Thillot. Jury Demanded, filed by Plaintiffs Tyrone Lionel Stafford, H. C., D. C., Winfred Robert Carr. Filed in State Court on 5/16/2019 Submitted with Attachment 1 to Declaration of P. Molly Ford 4 (car) Modified on 1/4/2021 (car). (Entered: 01/04/2021) |
| 12/30/2020 | Ï | CONFORMED COPY OF PROOF OF SERVICE OF SUMMONS AND COMPLAINT AND FIRST AMENDED COMPLAINT Executed by Plaintiffs Tyrone Lionel Stafford, H. C., D. C., Winfred Robert Carr, upon Plaintiff New Prime, Inc. served on 12/4/2020, answer due 12/25/2020. Service of the Summons and Complaint were executed upon Incorp Services by serving Steven Pickett– President of Incorp Services in compliance with California Code of Civil Procedure by service on a domestic corporation, unincorporated association, or public entity.Original Summons NOT returned. Filed in State Court on 12/8/2020 Submitted with Attachment 12 to Declaration of P. Molly Ford 4 (car) (Entered: 01/04/2021) |
| 01/04/2021 | Ï 6 | NOTICE TO COUNSEL re Magistrate Judge Direct Assignment Program. This case has been randomly assigned to Magistrate Judge Steve Kim. (Attachments: # 1 CV–11C) (car) (Entered: 01/04/2021) |
| 01/04/2021 | Ï 7 | NOTICE OF ERRATA filed by Defendant New Prime, Inc.. correcting Notice of Removal (Attorney Civil Case Opening), 1 (Ford, Patricia) (Entered: 01/04/2021) |
| 01/06/2021 | Ï 8 | NOTICE OF MOTION AND MOTION to Dismiss Punitive Damages in Plaintiff's First Amended Complaint filed by Defendant New Prime, Inc.. (Attachments: # 1 Memorandum Memorandum of Points and Authorities, # 2 Declaration Re Motion To Dismiss or Strike Punitive Damages, # 3 Exhibit 12–30–20 Letter to Plaintiffs' counsel, # 4 Exhibit Emails regarding attempt to contact Plaintiff's counsel, # 5 Exhibit 1/5/21 Letter from Plaintiffs Counsel, # 6 Proposed Order Proposed Order) (Ford, Patricia) (Entered: 01/06/2021) |
| 01/11/2021 | Ï 9 | NOTICE OF REASSIGNMENT of MJDAP case from Magistrate Judge Steve Kim to Judge George H. Wu for all further proceedings. Any discovery matters that may be referred to a Magistrate Judge are assigned to U.S. Magistrate Judge Rozella A. Oliver. The case number will now reflect the initials of the transferee Judges 2:20–cv–11765 GW(RAOx). (rn) (Entered: 01/11/2021) |
| 01/12/2021 | Ï 10 | CONSENT TO PROCEED before United States Magistrate Judge by all parties pursuant to GO 18–11 is approved by District Judge George H. Wu and Magistrate Judge Steve Kim. This case is hereby reassigned to Magistrate Judge Steve Kim for all further proceedings. Case number will now read 2:20–cv–11765–SK. (aco) (Entered: 01/12/2021) |
| 01/12/2021 | Ï 11 | Text Only Entry re NOTICE OF MOTION AND MOTION to Dismiss Punitive Damages in Plaintiff's First Amended Complaint 8 . Opposition is due 14 days from filing date of Motion, and that Optional Reply is due 7 days from filing of Opposition. Failure to file opposition will be deemed consent to granting of the motion. Matter will then be submitted for decision without oral argument subject to the judicial emergency declared in the district. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (ev) TEXT ONLY ENTRY (Entered: 01/12/2021) |
| 01/20/2021 | Ï 12 | OPPOSITION re: NOTICE OF MOTION AND MOTION to Dismiss Punitive Damages in Plaintiff's First Amended Complaint 8 filed by Plaintiffs D. C., H. C., Winfred Robert Carr, Tyrone Lionel Stafford. (Attachments: # 1 Declaration of Nazareth M. Haysbert, # 2 Exhibit A–B of Haysbert Declaration)(Haysbert, Nazareth) (Entered: 01/20/2021) |
| 01/27/2021 | Ï 13 | REPLY in support NOTICE OF MOTION AND MOTION to Dismiss Punitive Damages in Plaintiff's First Amended Complaint 8 filed by Defendant New Prime, Inc.. (Ford, Patricia) (Entered: 01/27/2021) |

| 01/28/2021 | 14 | SCHEDULING NOTICE by Magistrate Judge Steve Kim. The Court sets a Scheduling Conference for February 22, 2021 at 11:00 a.m to be conducted via Zoom meeting. Counsel are reminded of their obligations to disclose information, confer on a discovery plan, and report to the Court, as required by F.R.C.P. 26 and the Local Rules of this Court. Discussion of discovery plans should not be perfunctory or pro forma. Counsel should also draft a separate stipulation and proposed scheduling order with their desired pretrial events and deadlines, which the Court would generally be inclined to adopt so long as the parties are conferring in good faith. That document shall be filed together with the Joint 26(f)Report no later than February 17, 2021. See L.R. 26–1. The scheduling conference may be vacated if the parties' stipulations and joint reports are made with diligence in good faith and completed with sufficient detail to satisfy the requirements of Rule 16. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (gr) (Entered: 01/28/2021) |
| --- | --- | --- |
| 01/29/2021 | 15 | DECLARATION of Peter Dubrawski filed by Defendants Blackwell Consolidation, LLC, Combined Transport Logistics Group, Inc., Combined Transport, Inc., Molombo Thillot. (Dubrawski, Peter) (Entered: 01/29/2021) |
| 02/02/2021 | 16 | MINUTE (IN CHAMBERS) ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT NEW PRIME'S MOTION TO DISMISS OR STRIKE PLAINTIFFS' PUNITIVE DAMAGES CLAIMS 8 by Magistrate Judge Steve Kim. The motion is granted in part and denied in part. Plaintiffs are GRANTED LEAVE TO AMEND the operative complaint consistent with this order. (see document for further details) (hr) (Entered: 02/02/2021) |
| 02/11/2021 | 17 | ANSWER to Amended Complaint, with JURY DEMAND filed by Defendants Combined Transport, Inc., Molombo Thillot.(Attorney Peter A Dubrawski added to party Combined Transport, Inc. (pty:dft), Attorney Peter A Dubrawski added to party Molombo Thillot(pty:dft))(Dubrawski, Peter) (Entered: 02/11/2021) |
| 02/12/2021 | 18 | ANSWER to Amended Complaint, with JURY DEMAND filed by Defendants Blackwell Consolidation, LLC, Combined Transport Logistics Group, Inc..(Attorney Peter A Dubrawski added to party Blackwell Consolidation, LLC(pty:dft), Attorney Peter A Dubrawski added to party Combined Transport Logistics Group, Inc. (pty:dft))(Dubrawski, Peter) (Entered: 02/12/2021) |
| 02/12/2021 | 19 | NOTICE of Interested Parties filed by Defendants Blackwell Consolidation, LLC, Combined Transport Logistics Group, Inc., identifying Molombo Thillot; Blackwell Consolidation, LLC; Combined Transport, Inc.; Combined Transport Logistics Group, Inc.; American Trucking and Transportation Insurance Company. (Dubrawski, Peter) (Entered: 02/12/2021) |
| 02/12/2021 | 20 | Notice of Appearance or Withdrawal of Counsel: for attorney Austin F Smith counsel for Defendants Blackwell Consolidation, LLC, Combined Transport Logistics Group, Inc., Combined Transport, Inc., Molombo Thillot. Adding Austin Smith as counsel of record for Molombo Thillot, Blackwell Consolidation, LLC, Combined Transport Logistics Group, Inc. and Combined Transport, Inc. for the reason indicated in the G–123 Notice. Filed by Defendants Molombo Thillot, Blackwell Consolidation LLC; Combined Transport Logistics Group, Inc. and Combined Transport, Inc.. (Attorney Austin F Smith added to party Blackwell Consolidation, LLC(pty:dft), Attorney Austin F Smith added to party Combined Transport Logistics Group, Inc. (pty:dft), Attorney Austin F Smith added to party Combined Transport, Inc. (pty:dft), Attorney Austin F Smith added to party Molombo Thillot(pty:dft))(Smith, Austin) (Entered: 02/12/2021) |
| 02/12/2021 | 21 | Notice of Appearance or Withdrawal of Counsel: for attorney Patrick Francis McIntyre counsel for Defendants Blackwell Consolidation, LLC, Combined Transport Logistics Group, Inc., Combined Transport, Inc., Molombo Thillot. Adding Patrick F. McIntyre as counsel of record for Molombo Thillot, Blackwell Consolidation, LLC; Combined Transport Logistics Group, Inc. and Combined Transport, Inc. for the reason indicated in the G–123 Notice. Filed by Defendants Molombo Thillot; Blackwell Consolidation, LLC; Combined Transport Logistics Group, Inc. and Combined Transport, Inc.. (Attorney Patrick Francis McIntyre added to party Blackwell Consolidation, LLC(pty:dft), Attorney Patrick Francis McIntyre added to party Combined Transport Logistics |

| | | |
|---|---|---|
| | | Group, Inc. (pty:dft), Attorney Patrick Francis McIntyre added to party Combined Transport, Inc. (pty:dft), Attorney Patrick Francis McIntyre added to party Molombo Thillot(pty:dft))(McIntyre, Patrick) (Entered: 02/12/2021) |
| 02/16/2021 | 22 | Joint STIPULATION to Continue Scheduling Conference from February 22, 2021 to 30 days filed by Defendants Blackwell Consolidation, LLC, Combined Transport Logistics Group, Inc., Combined Transport, Inc., Molombo Thillot. (Attachments: # 1 Proposed Order)(Dubrawski, Peter) (Entered: 02/16/2021) |
| 02/16/2021 | 23 | DECLARATION of Peter Dubrawski re Stipulation to Continue, 22 filed by Defendants Blackwell Consolidation, LLC, Combined Transport Logistics Group, Inc., Combined Transport, Inc., Molombo Thillot. (Attachments: # 1 Exhibit A)(Dubrawski, Peter) (Entered: 02/16/2021) |
| 02/16/2021 | 24 | DECLARATION of Nazareth M. Haysbert re Stipulation to Continue, 22 *Scheduling Conference* filed by Defendants Blackwell Consolidation, LLC, Combined Transport Logistics Group, Inc., Combined Transport, Inc., Molombo Thillot. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Dubrawski, Peter) (Entered: 02/16/2021) |
| 02/16/2021 | 25 | SCHEDULING NOTICE TEXT ONLY–IN CHAMBERS by Magistrate Judge Steve Kim previously scheduled for February 22, 2021 11:00 a.m. has been rescheduled. The Court grants the parties stipulated request to reschedule the Scheduling Conference to March 24, 2021 at 10:00 a.m to be conducted via Zoom meeting. Counsel are reminded of their obligations to disclose information, confer on a discovery plan, and report to the Court, as required by F.R.C.P. 26 and the Local Rules of this Court. Discussion of discovery plans should not be perfunctory or pro forma. Counsel should also draft a separate stipulation and proposed scheduling order with their desired pretrial events and deadlines, which the Court would generally be inclined to adopt so long as the parties are conferring in good faith. That document shall be filed together with the Joint 26(f) Report no later than March 17, 2021. See L.R. 26–1. The scheduling conference may be vacated if the parties' stipulations and joint reports are made with diligence in good faith and completed with sufficient detail to satisfy the requirements of Rule 16. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (ev) TEXT ONLY ENTRY (Entered: 02/16/2021) |
| 02/16/2021 | 26 | ORDER GRANTING THE JOINT STIPULATION TO CONTINUE THE SCHEDULING CONFERENCE 22 by Magistrate Judge Steve Kim. The Scheduling Conference is continued to March 24, 2021. (hr) (Entered: 02/16/2021) |
| 02/18/2021 | 27 | ANSWER to Amended Complaint, JURY DEMAND. filed by Defendants Alex Farnsworth, Martin Janns, New Prime, Inc..(Attorney Christopher Frederick Johnson added to party Alex Farnsworth (pty:dft), Attorney Christopher Frederick Johnson added to party Martin Janns(pty:dft))(Johnson, Christopher) (Entered: 02/18/2021) |
| 03/01/2021 | 28 | NOTICE OF MOTION AND MOTION to Transfer Case to United States District Court for the District of Wyoming filed by Defendants Molombo Thillot. Motion set for hearing on 4/7/2021 at 10:00 AM before Magistrate Judge Steve Kim. (Attachments: # 1 Memorandum of Points and Authorities, # 2 Declaration of Peter Dubrawski, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F, # 9 Exhibit G, # 10 Exhibit H, # 11 Exhibit I, # 12 Exhibit J, # 13 Exhibit K, # 14 Exhibit L, # 15 Exhibit M, # 16 Exhibit N, # 17 Exhibit O, # 18 Exhibit P, # 19 Exhibit Q, # 20 Exhibit R, # 21 Exhibit S, # 22 Exhibit T, # 23 Proposed Order to Transfer Venue) (Dubrawski, Peter) (Entered: 03/01/2021) |
| 03/01/2021 | 29 | REQUEST FOR JUDICIAL NOTICE re NOTICE OF MOTION AND MOTION to Transfer Case to United States District Court for the District of Wyoming 28 filed by Defendant Molombo Thillot. (Attachments: # 1 Exhibit E, # 2 Exhibit F, # 3 Exhibit G, # 4 Exhibit H, # 5 Exhibit I, # 6 Exhibit J, # 7 Exhibit K, # 8 Exhibit L, # 9 Exhibit M, # 10 Exhibit N, # 11 Exhibit O, # 12 Exhibit P, # 13 Exhibit Q, # 14 Exhibit R, # 15 Exhibit S, # 16 Exhibit T)(Dubrawski, Peter) (Entered: 03/01/2021) |

| 03/01/2021 | 30 | NOTICE OF ERRATA re NOTICE OF MOTION AND MOTION to Transfer Case to United States District Court for the District of Wyoming 28 filed by Defendant Molombo Thillot. (Attachments: # 1 Memorandum of Points and Authorities in Support of Defendants' Motion to Transfer Venue)(Dubrawski, Peter) (Entered: 03/01/2021) |
|---|---|---|
| 03/15/2021 | 31 | SCHEDULING NOTICE TEXT ONLY–IN CHAMBERS by Magistrate Judge Steve Kim the Motion to Transfer Venue 28 is submitted for decision without oral argument as of the filing of Defendant's reply in support of the motion or the deadline for the filing of that optional reply (3/29/2021). Hearing scheduled for April 7, 2021 at 10:00 AM has been vacated. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (ev) TEXT ONLY ENTRY (Entered: 03/15/2021) |
| 03/15/2021 | 32 | SCHEDULING NOTICE TEXT ONLY–IN CHAMBERS by Magistrate Judge Steve Kim Scheduling Conference previously scheduled for March 24, 2021 at 10:00 AM has been vacated and taken off calendar until after the Court's decision on the Motion to Transfer Venue. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (ev) TEXT ONLY ENTRY (Entered: 03/15/2021) |
| 03/17/2021 | 33 | JOINT REPORT Rule 26(f) Discovery Plan ; estimated length of trial 15 court days, filed by Plaintiffs D. C., H. C., Winfred Robert Carr, Tyrone Lionel Stafford, Estate of Marco Carr, Estate of Rebecca Nowlin, Estate of E.C., Estate of John Doe I.. (Haysbert, Nazareth) (Entered: 03/17/2021) |
| 03/22/2021 | 34 | OPPOSITION re: NOTICE OF MOTION AND MOTION to Transfer Case to United States District Court for the District of Wyoming 28 filed by Plaintiffs D. C., H. C., Winfred Robert Carr, Estate of E.C., Estate of John Doe I, Estate of Marco Carr, Estate of Rebecca Nowlin, Tyrone Lionel Stafford. (Attachments: # 1 Declaration of Nazareth M. Haysbert, # 2 Exhibit A–F of Haysbert Declaration, # 3 Declaration of Winfred Robert White Carr, # 4 Declaration of Chaz Harrison, # 5 Declaration of V. Paul Herbert, # 6 Declaration of UINTA County Sheriff Doug Matthews, # 7 Declaration of Karen Owens re DC and attached Exhibits A–C, # 8 Declaration of Karen Owens re HC and attached Exhibits A–C, # 9 Declaration of Tyrone Lionel Stafford, # 10 Declaration of Gowriharan Thaiyananthan and attached Exhibit A)(Attorney Nazareth M Haysbert added to party Estate of E.C.(pty:pla), Attorney Nazareth M Haysbert added to party Estate of John Doe I(pty:pla), Attorney Nazareth M Haysbert added to party Estate of Marco Carr(pty:pla), Attorney Nazareth M Haysbert added to party Estate of Rebecca Nowlin(pty:pla))(Haysbert, Nazareth) (Entered: 03/22/2021) |
| 03/25/2021 | 35 | NOTICE OF ERRATA filed by Plaintiffs D. C., H. C., Winfred Robert Carr, Estate of E.C., Estate of John Doe I, Estate of Marco Carr, Estate of Rebecca Nowlin, Tyrone Lionel Stafford. correcting Objection/Opposition (Motion related),,,, 34 (Attachments: # 1 Exhibit V. Paul Herbert CV)(Haysbert, Nazareth) (Entered: 03/25/2021) |
| 03/25/2021 | 36 | DECLARATION of Nazareth M. Haysbert, Esq. in Opposition to NOTICE OF MOTION AND MOTION to Transfer Case to United States District Court for the District of Wyoming 28 *Supplemental Declaration of Nazareth M. Haysbert in Support of Plaintiffs' Opposition to Motion to Transfer* filed by Plaintiffs D. C., H. C., Winfred Robert Carr, Estate of E.C., Estate of John Doe I, Estate of Marco Carr, Estate of Rebecca Nowlin, Tyrone Lionel Stafford. (Attachments: # 1 Exhibit G–H to Supplemental Declaration of Nazareth M. Haysbert)(Haysbert, Nazareth) (Entered: 03/25/2021) |
| 03/29/2021 | 37 | DECLARATION of Nazareth M. Haysbert in Opposition to NOTICE OF MOTION AND MOTION to Transfer Case to United States District Court for the District of Wyoming 28 *SECOND SUPPLEMENTAL DECLARATION OF NAZARETH M. HAYSBERT IN SUPPORT OF PLAINTIFFS OPPOSITION TO DEFENDANTS MOLOMBO THILLOT, BLACKWELL CONSOLIDATION, LLC, COMBINED TRANSPORT LOGISTICS GROUP, INC., AND COMBINED TRANSPORTATION, INC.S MOTION TO TRANSFER* filed by Plaintiffs D. C., H. C., |

| | | |
|---|---|---|
| | | Winfred Robert Carr, Estate of E.C., Estate of John Doe I, Estate of Marco Carr, Estate of Rebecca Nowlin, Tyrone Lionel Stafford. (Attachments: # 1 Exhibit I–J to Second Supplemental Declaration of Nazareth M. Haysbert)(Haysbert, Nazareth) (Entered: 03/29/2021) |
| 03/29/2021 | 38 | REPLY Reply to Plaintiffs' Opposition to Motion NOTICE OF MOTION AND MOTION to Transfer Case to United States District Court for the District of Wyoming 28 filed by Defendants Blackwell Consolidation, LLC, Combined Transport Logistics Group, Inc., Combined Transport, Inc., Molombo Thillot. (Attachments: # 1 Declaration (Supplemental) of Peter Dubrawski, # 2 Exhibit U to Supplemental Declaration, # 3 Exhibit V to Supplemental Declaration, # 4 Exhibit W to Supplemental Declaration, # 5 Exhibit X to Supplemental Declaration, # 6 Exhibit Y to Supplemental Declaration, # 7 Exhibit Z to Supplemental Declaration, # 8 Exhibit AA to Supplemental Declaration)(Dubrawski, Peter) (Entered: 03/29/2021) |
| 03/29/2021 | 39 | REQUEST FOR JUDICIAL NOTICE re NOTICE OF MOTION AND MOTION to Transfer Case to United States District Court for the District of Wyoming 28 *(Supplemental)* filed by Defendants Blackwell Consolidation, LLC, Combined Transport Logistics Group, Inc., Combined Transport, Inc., Molombo Thillot. (Dubrawski, Peter) (Entered: 03/29/2021) |
| 03/29/2021 | 40 | OBJECTION TO PLAINTIFFS' EVIDENCE IN SUPPORT OF OPPOSITION re: NOTICE OF MOTION AND MOTION to Transfer Case to United States District Court for the District of Wyoming 28 filed by Defendants Blackwell Consolidation, LLC, Combined Transport Logistics Group, Inc., Combined Transport, Inc., Molombo Thillot. (Dubrawski, Peter) (Entered: 03/29/2021) |
| 04/01/2021 | 41 | DECLARATION of Douglas W. Bailey, Esq. re NOTICE OF MOTION AND MOTION to Transfer Case to United States District Court for the District of Wyoming 28 *Uninterested Declaration of Wyoming Attorney Douglas W. Bailey Regarding Wyoming Wrongful Death Law* filed by Plaintiffs Estate of E.C., Estate of John Doe I, Estate of Marco Carr, Estate of Rebecca Nowlin. (Haysbert, Nazareth) (Entered: 04/01/2021) |
| 04/01/2021 | 42 | OBJECTION re: NOTICE OF MOTION AND MOTION to Transfer Case to United States District Court for the District of Wyoming 28 *Defendants Molombo Thillot, Blackwell Consolidation, LLC, Combined Transport Logistics Group, Inc. and Combined Transport, Inc.'s Objections to the Untimely Declaration of Douglas W. Bailey* filed by Defendants Blackwell Consolidation, LLC, Combined Transport Logistics Group, Inc., Combined Transport, Inc., Molombo Thillot. (Dubrawski, Peter) (Entered: 04/01/2021) |
| 04/13/2021 | 43 | NOTICE OF DISMISSAL filed by Plaintiffs Tyrone Lionel Stafford, Estate of Rebecca Nowlin, H. C., Estate of E.C., D. C., Winfred Robert Carr, Estate of John Doe I, Estate of Marco Carr pursuant to FRCP 41a(1) *PLAINTIFFS NOTICE OF PARTIAL VOLUNTARY DISMISSAL OF NOMINAL DEFENDANTS A.C., BY AND THROUGH HIS LEGAL GUARDIAN, DAMIEN TATE NOWLIN, AND E.S., BY AND THROUGH HER LEGAL GUARDIAN, SHANEY GUTIERREZ, PURSUANT TO FRCP RULE 41(a)(1)(A)(i)* as to A. C., E. S.. (Haysbert, Nazareth) (Entered: 04/13/2021) |
| 04/20/2021 | 44 | MINUTES (IN CHAMBERS) ORDER REQUESTING SIMULTANEOUS SUPPLEMENTAL BRIEFS by Magistrate Judge Steve Kim. The Court thus requests that the parties file simultaneous supplemental briefs, not to exceed 5 pages, clearly setting forth and explaining their respective positions about (1) which forums choice of law rules should apply, and (2) which states substantive laws should apply. The supplemental briefs are due no later than Tuesday, April 27, 2021. (SEE ORDER FOR DETAILS). (clee) (Entered: 04/20/2021) |
| 04/27/2021 | 45 | SUPPLEMENT to NOTICE OF MOTION AND MOTION to Transfer Case to United States District Court for the District of Wyoming 28 *Nominal Defendants' Supplemental Brief on Choice of Law* filed by Defendant Does. (Attorney William Crawford Appleby, IV added to party Does(pty:dft))(Appleby, William) (Entered: 04/27/2021) |
| 04/27/2021 | 46 | |

| | | |
|---|---|---|
| | | SUPPLEMENT to NOTICE OF MOTION AND MOTION to Transfer Case to United States District Court for the District of Wyoming 28 *Defendants Molombo Thillot, Blackwell Consolidation, LLC, Combined Transport Logistics Group, Inc. and Combined Transport, Inc.'s Supplemental Brief in Support of the Motion to Transfer Venue to the United States District Court for the District of Wyoming* filed by Defendants Blackwell Consolidation, LLC, Combined Transport Logistics Group, Inc., Combined Transport, Inc., Molombo Thillot. (Dubrawski, Peter) (Entered: 04/27/2021) |
| 04/27/2021 | 47 | SUPPLEMENTAL BRIEF filed by Plaintiffs D. C., H. C., Winfred Robert Carr, Estate of John Doe I, Estate of Marco Carr, Estate of Rebecca Nowlin, Tyrone Lionel Stafford. *PLAINTIFFS SUPPLEMENTAL BRIEF IN OPPOSITION TO DEFENDANTS MOLOMBO THILLOT, BLACKWELL CONSOLIDATION, LLC, COMBINED TRANSPORT LOGISTICS GROUP, INC., AND COMBINED TRANSPORT, INC.S MOTION TO TRANSFER VENUE TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF WYOMING PURSUANT TO 28 U.S.C. § 1404(a)* regarding Minutes of In Chambers Order/Directive – no proceeding held, 44 . (Haysbert, Nazareth) (Entered: 04/27/2021) |
| 04/30/2021 | 48 | NOTICE OF MOTION AND MOTION to Strike Supplement(Motion related), 45 *Nominal Defendants Supplemental Brief on Choice of Law (Dkt. No. 45)* filed by Plaintiffs D. C., H. C., Winfred Robert Carr, Estate of E.C., Estate of John Doe I, Estate of Marco Carr, Estate of Rebecca Nowlin, Tyrone Lionel Stafford. Motion set for hearing on 6/2/2021 at 10:00 AM before Magistrate Judge Steve Kim. (Attachments: # 1 Proposed Order) (Haysbert, Nazareth) (Entered: 04/30/2021) |
| 05/04/2021 | 49 | OPPOSITION to NOTICE OF MOTION AND MOTION to Strike Supplement(Motion related), 45 *Nominal Defendants Supplemental Brief on Choice of Law (Dkt. No. 45)* 48 *SPECIALLY APPEARING NOMINAL DEFENDANTS OPPOSITION TO PLAINTIFFS MOTION TO STRIKE* filed by Defendant Does. (Attachments: # 1 Declaration Declaration of W. Crawford Appleby In Support of Opposition to Motion to Strike, # 2 Exhibit (A) Summons served on nominal defendant Shaney Gutierrez, # 3 Exhibit (B) Summons served on nominal defendant Tate Nowlin)(Appleby, William) (Entered: 05/04/2021) |
| 05/12/2021 | 50 | ORDER GRANTING DEFENDANTS' MOTION TO TRANSFER VENUE 28 by Magistrate Judge Steve Kim. Defendants' motion to transfer this action to the Wyoming District Court (ECF 28, 30) is GRANTED. The Clerk is instructed to transfer this case and all related files to the District of Wyoming in Case No. 2:20–cv–00165–ABJ. (see document for further details). Original file, certified copy of transfer order and docket sheet sent electronically. MD JS–6. Case Terminated. (hr) (Entered: 05/12/2021) |