**FILED**

**Margaret Botkins**
**Clerk of Court**

8:49 am, 7/21/21

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF WYOMING

D.C., et al,                                    )
                                               )
     Plaintiffs,                           )
                                               )
         v.                               )     Civil Action No. 21-cv-00096-ABJ
                                               )
MOLOMBO THILLOT, et al,                         )
                                               )
     Defendants.                           )

---

### ORDER GRANTING ADMISSION *PRO HAC VICE* OF JAMES L. MOULTRIE III
### AS COUNSEL FOR PLAINTIFFS

**THIS MATTER** having come before the Court upon the motion of counsel for Plaintiffs, D. C., H. C., Winfred Robert Carr, Estate of E.C., Estate of John Doe I, Estate of Marco Carr, Estate of Rebecca Nowlin and Tyrone Lionel Stafford, pursuant to Rule 84.2(b) of the Local Rules of the United States District Court for the District of Wyoming, for the purpose of admitting James L. Moultrie III as Pro Hac Vice counsel in the District of Wyoming. The Court reviewed this matter and finds that the motion should be granted. Accordingly,

**IT IS HEREBY ORDERED** that James L. Moultrie III is hereby admitted to practice before this Court for all purposes in this matter.

**IT IS FURTHER ORDERED** that Local counsel shall be present in Court during all proceedings in connection with the case, unless excused by the Court, and shall have full authority to act for and on behalf of the client in all matters including pretrial conferences, as well as trial or any other hearings. Any notice, pleading or other paper shall be served on all counsel of record including local counsel.

**DATED** this 21st day of July, 2021.

_____
KELLY H. RANKIN
UNITED STATES MAGISTRATE JUDGE